**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMARRI DESIRE BUTLER, | ) Case No.: 2:24-cv-10371-SP |
| Plaintiff, | ) ORDER AWARDING EQUAL ) ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES ) PURSUANT TO 28 U.S.C. § 2412(d) |
| FRANK BISIGNANO, Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28 ) U.S.C. §§ 1920; 2412 |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,500 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. §§ 1920; 2412, be awarded subject to the terms of the Stipulation.

DATE: April 23, 2026

_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

-1-